# IN THE SUPREME COURT OF THE STATE OF NEVADA

JOSEPH GUADALUPE ESTREALLA,
Appellant,

vs.

THE STATE OF NEVADA,
Respondent.

No. 73076

FILED

OCT 16 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a judgment of conviction. Second Judicial District Court, Washoe County; Jerome M. Polaha, Judge.

Appellant's counsel has filed a notice of voluntary withdrawal of this appeal. Counsel advises this court that he has informed appellant of the legal effects and consequences of voluntarily withdrawing this appeal, including that appellant cannot hereafter seek to reinstate this appeal, and that any issues that were or could have been brought in this appeal are forever waived. Having been so informed, appellant consents to a voluntary dismissal of this appeal. Cause appearing, we

ORDER this appeal DISMISSED.[1]

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

---

[1]Because no remittitur will issue in this matter, *see* NRAP 42(b), the one-year period for filing a post-conviction habeas corpus petition under NRS 34.726(1) shall commence to run from the date of this order.

Supreme Court
OF
Nevada

(O) 1947A

17-35280

cc:  Hon. Jerome M. Polaha, District Judge
     Joseph Guadalupe Estrealla
     Joey Gilbert Law
     Attorney General/Carson City
     Washoe County District Attorney
     Washoe District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A